712

Submitted on record and petitioner's brief March 20, reversed and remanded March 31, 1975

RANDALL C. JONES, *Petitioner, v.* OREGON STATE BOARD OF PAROLE (No. 3774), *Respondent.*

533 P2d 176

Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem, filed the brief for petitioner.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Rhidian M.̇ M. Morgan, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

This is a parole revocation case. The state concedes that the Board of Parole failed to comply with the requirements of *Morrissey v. Brewer,* 408 US 471, 92 S Ct 2593, 33 L Ed 2d 484 (1972), as interpreted in *Waltz v. Bd. of Parole,* 18 Or App 652, 526 P2d 586 (1974).

Reversed and remanded.